

**GMR Holdings of NH LLC**
**702 Riverwood Drive**
**Pembroke, NH 03375**

# MEMORANDUM

TO: Town of Lincoln Planning Board
FR: Peter Cooke
    Project Manager
    GMR Holdings of NH LLC

DATE: August 15, 2020
RE: Summary of Alternative Site Analysis related to Proposed Communications Pole at 749 US Route 3, Lincoln NH

GMR Holdings of NH LLC was asked by our customer, AT&T/FirstNet, to provide sites for their consideration within their Franconia Search Ring parameters in Lincoln NH. Given existing network coverage to the north and south, the coverage objective was essentially the Route 93/Route 3 corridor in the northern portion of the town of Lincoln stretching towards the border of the Town of Franconia.

We were advised by AT&T that previously considered sites in the area of the Whales Tale amusement park had been considered by AT&T radio frequency engineers and had been rejected as too far from the coverage area and too close to existing network coverage.

The prinicpals of our company, including me, and our site acquisition consultant reviewed the area thoroughly and, as always, take into account all factors for feasibility including not only customer coverage limitations, such as topography and ground elevation relative to the coverage objective, but available access and utilities, constructability, and local zoning requirements before contacting potential landowners.

Much of the search area consists of US National Forest lands and the State of New Hampshire. These properties were eliminated from consideration as not only are generally unavailable for lease for private use but they are also not accessible from a highway ROW per state and federal high speed highway regulations and alternative access for use and utilities is not feasible.

Five private properties were identified within the search area and all were considered. Two of the properties were under the control of the Indian Head Resort (IHR) ownership and consisted of the main resort property on the east side of US Route 3 and the "43 Tomahawk Loop" property on the west side.





Our site Acquisition consultant, Mr. Nate Drouin, contacted and met with Mr. Peter Spanos of the IHR ownership group during the month of January 2020. After discussion and consideration, Mr. Spanos indicated that ownership had no interest in making available any IHR other than property owned by them off Tripoli Road in Woodstock. This parcel was approximately 6 miles to the south of the proposed coverage search area and near existing towers so was not pursued.

Of the three remaining parcels, one is the subject parcel, the second an existing residential home and the third a motel property.



Although all three properties are located within the allowed tower district (GU), the subject property at 749 US Route 3 provided an existing underlying commercial/industrial use, past tower use on the property, better elevation to limit the required height of the proposed tower, and a better opportunity to screen much of the proposed tower installation from surrounding properties.

3